1 | REED KATHREIN (139304)
  | JEFF FRIEDMAN (173886)
2 | SHANA SCARLETT (217895)
  | HAGENS BERMAN SOBOL SHAPIRO LLP
3 | 715 Hearst Avenue, Suite 202
  | Berkeley, CA 94710
4 | Telephone: (510) 725-3000
  | Facsimile:  (510) 725-3001
5 | reed@hbsslaw.com
  | jefff@hbsslaw.com
6 | shanas@hbsslaw.com

7 | STEVE W. BERMAN
  | ANTHONY D. SHAPIRO
8 | HAGENS BERMAN SOBOL SHAPIRO LLP
  | 1301 Fifth Avenue, Suite 2900
9 | Seattle, WA 98101
  | Telephone: (206) 623-7292
10 | Facsimile: (206) 623-0594
  | steve@hbsslaw.com
11 | tony@hbsslaw.com

12 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAURA YOUNG, | No. CV-07-02286-SBA |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE effective June 18, 2007, of counsel's updated address and contact information:

      Reed R. Kathrein
      Jeff D. Friedman
      Shana E. Scarlett
      HAGENS BERMAN SOBOL SHAPIRO LLP
      715 Hearst Avenue, Suite 202
      Berkeley, CA 94710
      Telephone: (510) 725-3000
      Facsimile:  (510) 725-3001
      reed@hbsslaw.com
      jefff@hbsslaw.com
      shanas@hbsslaw.com

DATED this 28th day of June, 2007.

      Respectfully submitted,

      HAGENS BERMAN SOBOL SHAPIRO LLP


      By /s/ Jeff D. Friedman
         Jeff D. Friedman

      Reed R. Kathrein
      Shana E. Scarlett
      715 Hearst Avenue, Suite 202
      Berkeley, CA 94710
      Telephone: (510) 725-3000
      Facsimile:  (510) 725-3001

      HAGENS BERMAN SOBOL & SHAPIRO LLP
      Steve W. Berman
      Anthony D. Shaprio
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone:  (206) 623-7292
      Facsimile:  (206) 623-0594

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on June 28, 2008 I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify |
| 5 | that I have mailed the foregoing document or paper via the United States Postal Service to the non- |
| 6 | CM/ECF participants indicated on the attached Manual Notice List. |

      /s/ Jeff D. Friedman
      JEFF D. FRIEDMAN

# Mailing Information for a Case 4:07-cv-02286-SBA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Ilan Joel Chorowsky**
  ichorowsky@gmail.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com

- **Steven A. Kanner**
  kanner@fklmlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,ronnie@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
```