REED KATHREIN (139304)
JEFF FRIEDMAN (173886)
SHANA SCARLETT (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

STEVE W. BERMAN
ANTHONY D. SHAPIRO
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com

Attorneys for Plaintiff Young

[Additional counsel listed on signature page.]

FILED
SEP 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TRONG NGUYEN, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-0086-SBA

APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANTHONY D. SHAPIRO; [PROPOSED] ORDER

ORIGINAL

A COMPUTER PLACE, INC., on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-1020-SBA

MILLER, on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-1147-SBA

BURKE, on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-1236-SBA

PERKINS, on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-1360-SBA

BURT, on behalf of itself and all others similarly situated,

Plaintiff,

v.

SAMSUNG ELECTRONICS CO., LTD., et. al.,

Defendants.

No. C-07-1388-SBA

| | |
|---|---|
| TECHTOYSFORLESS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1418-SBA |
| HUH, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1459-SBA |
| KRAHMER, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1460-SBA |
| ALDERMAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1489-SBA |
| GREENWELL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1524-SBA |

| | |
|---|---|
| SWEATMAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1613-SBA |
| PELLITTERI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1614-SBA |
| KEVIN'S COMPUTER AND PHOTO, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1665-SBA |
| THEISEN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD., et. al.,<br><br>Defendants. | No. C-07-1680-SBA |
| DAVIS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1735-SBA |

| | |
|---|---|
| MCCLELLAN-CHAMBERS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1823-SBA |
| JUSKIEWICZ, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-1829-SBA |
| RIPPEL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-2066-SBA |
| SKORSTAD, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-2228-SBA |
| YOUNG, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-2286-SBA |

| | |
|---|---|
| CALIF-COAST INVESTIGATIVE SERVICES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA INC., et. al.,<br><br>Defendants. | No. C-07-3775-SBA |
| HARRISON, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-3971-SBA |
| CRAVENS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA INC., et. al.,<br><br>Defendants. | No. C-07-4082-SBA |
| LEVY, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-4252-BZ |

Pursuant to Civil Local Rule 11-3 ("Civil L.R."), Anthony D. Shapiro, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Laura Young in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed this 21st day of September 2007, at Seattle, Washington.

ANTHONY D. SHAPIRO

**DECLARATION OF SERVICE BY U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of San Francisco, California, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 715, Berkeley, CA 94710.

2. That on September 24, 2007, declarant served the foregoing document by U.S. Mail by placing a true copy thereof in a sealed envelope addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2007, at San Francisco, California.

Nancy Quon

NANCY QUON

*Nguyen, et. al., v. Samsung Electronics Co., Ltd., et. al.,*
Case No. C-07-0086 SBA
United States District Court, Northern District of California, Oakland Division

Service List
September 21, 2007

| | |
|---|---|
| Wilson D. Mudge<br>Christopher J. Flack<br>William Baer<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, DC 20004-1206<br>**Counsel for Micron Technology, Inc. and Micron Semiconductor Products, Inc.** | Ronald C. Redcay<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5844<br>**Counsel for Micron Technology, Inc. and Micron Semiconductor Products, Inc.** |
| William S. Farmer Jr.<br>COLLETTE ERICKSON FARMER & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA 94104-2733<br>**Counsel for Winbond Electronics Corporation and Winbond Electronics Corporation America** | Steven H. Morrissett<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br>700 Hansen Way<br>Stanford Research Park<br>Palo Alto, CA 94304-1016<br>**Counsel for Winbond Electronics Corporation and Winbond Electronics Corporation America** |
| Joel Sanders<br>Gary Spratling<br>G. Charles Nierlich<br>Joshua Hess<br>Rachel Brass<br>Adam Wilson<br>GIBSON, DUNN & CRUTCHER LLP<br>One Montgomery Street<br>San Francisco, CA 94104-4505<br>**Counsel for Micron Technology, Inc. and Micron Semiconductor Products, Inc.** | Terrence J. Truax<br>Margaret J. Simpson<br>Michael T. Brody<br>JENNER & BLOCK LLP<br>330 North Wabash Avenue<br>Chicago, IL 60611-7603<br>**Counsel for Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.** |
| Michael D. Lisi<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br>114 Sansome Street, Suite 400<br>San Francisco, CA 94104-3898<br>**Counsel for Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.** | Daniel M. Wall<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111-1256<br>**Counsel for Toshiba Corporation, Toshiba America Corporation, and Toshiba America Electronics Components, Inc.** |

001949-11 197656 V1

*Nguyen, et. al., v. Samsung Electronics Co., Ltd., et. al.,*
Case No. C-07-0086 SBA
United States District Court, Northern District of California, Oakland Division

Service List
September 21, 2007

| | |
|---|---|
| James G. Rizzo<br>Craig P. Seebald<br>Hillary A. Webber<br>MCDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005-3096<br>**Counsel for Hitachi Electronic Devices (USA), Inc.; Hitachi, Ltd.; Hitachi America, Ltd.; Renesas Technology Corporation; and Renesas Technology America, Inc.** | Daniel E. Alberti<br>MCDERMOTT WILL & EMERY LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>**Counsel for Hitachi Electronic Devices (USA), Inc.; Hitachi, Ltd.; Hitachi America, Ltd.; Renesas Technology Corporation; and Renesas Technology America, Inc.** |
| Jeffrey S. Abraham<br>Lawrence D. Levit<br>ABRAHAM, FRUCHTER & TWERSKY, LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>**Counsel for Plaintiff Brian Levy** | C. Donald Amamgbo<br>AMAMGBO & ASSOCIATES, PLC<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>**Counsel for Plaintiff Jacob Greenwell** |
| Shpetim Ademi<br>ADEMI & O'REILLY, LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>**Counsel for Plaintiff Ryan Skorstad** | Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>425 California Street, 21st Floor<br>San Francisco, CA 94104<br>**Counsel for Plaintiff Kevin's Computer and Photo** |
| Judith Blackwell<br>BLACKWELL & BLACKWELL<br>584 Valle Vista Avenue<br>Oakland, CA 94610<br>**Counsel for Plaintiff Jacob Greenwell** | Michael J. Flannery<br>James J. Rosemergy<br>CAREY & DANIS, LLC<br>8235 Forsyth Boulevard, Suite 1100<br>St. Louis, MO 63105<br>**Counsel for Plaintiff Christopher Rippel** |
| Ilan Chorowsky<br>CHOROWSKY LAW OFFICES<br>1130 North Dearborn Street, Suite 3110<br>Chicago, IL 60610<br>**Counsel for Plaintiff Laura Young** | Irwin B. Levin<br>Scott D. Gilchrist<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>**Counsel for Plaintiff Thomas Y. Huh** |

*Nguyen, et. al., v. Samsung Electronics Co., Ltd., et. al.,*
Case No. C-07-0086 SBA
United States District Court, Northern District of California, Oakland Division

Service List
September 21, 2007

| | |
|---|---|
| Michael D. Hausfeld<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>**Counsel for Plaintiff Laura Young** | Christine Pedigo Bartholomew<br>FINKELSTEIN THOMPSON LLP<br>601 Montgomery Street, Suite 665<br>San Francisco, CA 94111<br>**Counsel for Plaintiffs Peter Burke, Jason Perkins, James Burt, and Ryan Skorstad** |
| Mila F. Bartos<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, NW<br>Washington, DC 20007<br>**Counsel for Plaintiffs Peter Burke, Jason Perkins, James Burt, and Ryan Skorstad** | Steven A. Kanner<br>William H. London<br>Douglas A. Millen<br>FREED, KANNER, LONDON & MILLEN, LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>**Counsel for Plaintiff Laura Young** |
| Stephen M. Garcia<br>James M. Morgan<br>GARCIA LAW FIRM<br>One World Trade Center, Suite 1950<br>Long Beach, CA 90831<br>**Counsel for Plaintiffs A Computer Place, Inc. and Timothy Chanda** | Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>GROSS & BELSKY LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br>**Counsel for Plaintiff Joseph P. Theisen** |
| Daniel E. Gustafson<br>Renae D. Steiner<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>**Counsel for Plaintiffs Trong Nguyen; Roxanne Miller; TechToysForLess; Thomas Y. Huh; Fred W. Krahmer; Lynn Sweatman; and Jean McClellan-Chambers, on behalf of herself, and JAMAC Enterprises, d/b/a Elite Custom Computers** | Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>**Counsel for Plaintiff Laura Young** |
| David V. Weicht<br>LEECH TISHMAN FUSCALDO & LAMPL, LLC | Joseph C. Kohn<br>William E. Hoese<br>KOHN, SWIFT & GRAF, P.C. |

*Nguyen, et. al., v. Samsung Electronics Co., Ltd., et. al.,*
Case No. C-07-0086 SBA
United States District Court, Northern District of California, Oakland Division

Service List
September 21, 2007

| | |
|---|---|
| Citizens Bank Building, 30th Floor<br>525 William Penn Place<br>Pittsburgh, PA 15219<br>**Counsel for Plaintiff Kevin's Computer and Photo** | One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>**Counsel for Plaintiff Kevin's Computer and Photo** |
| Lawrence D. Nwajei<br>LAW OFFICES OF NWAJEI & COMPANY<br>4221 Wilshire Boulevard, Suite 392<br>Los Angeles, CA 90010<br>**Counsel for Plaintiff Jacob Greenwell** | Marvin A. Miller<br>MILLER LAW LLC<br>101 North Wacker Street, Suite 2010<br>Chicago, IL 60606<br>**Counsel for Plaintiff Ryan Skorstad** |
| Joseph M. Patane<br>LAW OFFICES OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br>**Counsel for Plaintiff Karol Juskiewicz** | Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574<br>**Counsel for Plaintiff Karol Juskiewicz** |
| Mario N. Alioto<br>Lauren C. Russell<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br>**Counsel for Plaintiff Karol Juskiewicz** | Reginald Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>**Counsel for Plaintiff Jacob Greenwell** |
| Gregory P. Hansel<br>PRETI, FLAHERTY, BELIVEAU & PACHIOS LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>**Counsel for Plaintiff Kevin's Computer and Photo** | Clifford H. Pearson<br>Gary S. Soter<br>Daniel L. Warshaw<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>**Counsel for Plaintiffs A Computer Place, Inc. and Timothy Chanda** |
| Garrett D. Blanchfield, Jr.<br>REINHARDT WENDORF & | Michael L. Roberts<br>Richard Quintus |

*Nguyen, et. al., v. Samsung Electronics Co., Ltd., et. al.,*
Case No. C-07-0086 SBA
United States District Court, Northern District of California, Oakland Division

Service List
September 21, 2007

| | |
|---|---|
| BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>**Counsel for Plaintiffs Fred W. Krahmer, Carman Pellitteri, George Davis, and Laura Young** | ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>P.O. Box 241790<br>Little Rock, AR 72223<br>**Counsel for Plaintiff Jean McClellan-Chambers, on behalf of herself, and JAMAC Enterprises, d/b/a Elite Custom Computers** |
| Henry A. Cerillo<br>THE FURTH FIRM<br>225 Bush Street, 15th Floor<br>San Francisco, Ca 94104<br>**Counsel for Plaintiffs Trong Nguyen** | Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>**Counsel for Plaintiff Jean McClellan-Chambers, on behalf of herself, and JAMAC Enterprises, d/b/a Elite Custom Computers** |
| David Boies, III<br>Timothy D. Battin<br>Ian Otto<br>Nathan Cihlar<br>STRAUS & BOIES, LLP<br>4041 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>**Counsel for Plaintiff TechToysForLess** | Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104<br>**Counsel for Plaintiffs Trong Nguyen, Roxanne Miller; Jason Perkins; James Burt; TechToysForLess; Thomas Y. Huh; Fred W. Krahmer; Lynn Sweatman; Carman Pellitteri; George Davis; and Jean McClellan-Chambers, on behalf of herself, and JAMAC Enterprises, d/b/a Elite Custom Computers** |

CORRECTED

Court Name: U.S. [illegible]
Division: 4
Receipt Number: 44611001274
Cashier ID: lenahac
Transaction Date: 09/24/2007
Payer Name: Hagens Berman Sobol Shapiro

PRO HAC VICE
For: Anthony D. Shapiro
Case/Party: D-CAN-[illegible]
Amount: $210.00

CHECK
Check/Money Order Num: [illegible]
Amt Tendered: $210.00

Total Due: $210.00
Total Tendered: $210.00
Change Amt: $0.00

CV-07-2286-SBA for [illegible]
Shapiro.

Checks and drafts [illegible]
subject to collection [illegible]
credit will only be [illegible]
check or draft has [illegible]
the financial institution [illegible]