**RECEIVED**

SEP 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRONG NGUYEN, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-0086-SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* |

| | |
|---|---|
| A COMPUTER PLACE, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>    Defendants. | No. C-07-1020-SBA |
| MILLER, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>    Defendants. | No. C-07-1147-SBA |
| BURKE, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>    Defendants. | No. C-07-1236-SBA |
| PERKINS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>    Defendants. | No. C-07-1360-SBA |
| BURT, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>    Defendants. | No. C-07-1388-SBA |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11 197861 V1

| | | |
|---|---|---|
| 1 | | |
| 2 | TECHTOYSFORLESS, on behalf of itself and all others similarly situated, ) | No. C-07-1418-SBA |
| 3 | ) Plaintiff, ) | |
| 4 | v. ) ) | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 6 | Defendants. ) | |
| 7 | HUH, on behalf of itself and all others similarly ) situated, ) | No. C-07-1459-SBA |
| 8 | ) Plaintiff, ) | |
| 9 | v. ) ) | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 11 | Defendants. ) | |
| 12 | KRAHMER, on behalf of itself and all others similarly situated, ) | No. C-07-1460-SBA |
| 13 | ) Plaintiff, ) | |
| 14 | v. ) ) | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 16 | Defendants. ) | |
| 17 | ALDERMAN, on behalf of itself and all others similarly situated, ) | No. C-07-1489-SBA |
| 18 | ) Plaintiff, ) | |
| 19 | v. ) ) | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 21 | Defendants. ) | |
| 22 | GREENWELL, on behalf of itself and all others ) similarly situated, ) | No. C-07-1524-SBA |
| 23 | ) Plaintiff, ) | |
| 24 | v. ) ) | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 26 | Defendants. ) | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11 197861 V1

| | | |
|---|---|---|
| 1 | SWEATMAN, on behalf of itself and all others similarly situated, ) | No. C-07-1613-SBA |
| 2 | ) | |
| 3 | ) Plaintiff, ) | |
| 4 | v. ) | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 6 | Defendants. ) | |
| 7 | PELLITTERI, on behalf of itself and all others similarly situated, ) | No. C-07-1614-SBA |
| 8 | ) Plaintiff, ) | |
| 9 | v. ) | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 11 | Defendants. ) | |
| 12 | KEVIN'S COMPUTER AND PHOTO, on behalf of itself and all others similarly situated, ) | No. C-07-1665-SBA |
| 13 | ) Plaintiff, ) | |
| 14 | v. ) | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 16 | Defendants. ) | |
| 17 | THEISEN, on behalf of itself and all others similarly situated, ) | No. C-07-1680-SBA |
| 18 | ) Plaintiff, ) | |
| 19 | v. ) | |
| 20 | HITACHI, LTD., et. al., ) | |
| 21 | Defendants. ) | |
| 22 | DAVIS, on behalf of itself and all others similarly situated, ) | No. C-07-1735-SBA |
| 23 | ) Plaintiff, ) | |
| 24 | v. ) | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 26 | Defendants. ) | |

| | | |
|---|---|---|
| 1 | | |
| 2 | MCCLELLAN-CHAMBERS, on behalf of itself ) and all others similarly situated, ) | No. C-07-1823-SBA |
| 3 | ) Plaintiff, ) | |
| 4 | v. ) ) | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 6 | Defendants. ) ) | |
| 7 | JUSKIEWICZ, on behalf of itself and all others ) similarly situated, ) | No. C-07-1829-SBA |
| 8 | ) Plaintiff, ) | |
| 9 | v. ) ) | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 11 | Defendants. ) ) | |
| 12 | RIPPEL, on behalf of itself and all others ) similarly situated, ) | No. C-07-2066-SBA |
| 13 | ) Plaintiff, ) | |
| 14 | v. ) ) | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 16 | Defendants. ) ) | |
| 17 | SKORSTAD, on behalf of itself and all others ) similarly situated, ) | No. C-07-2228-SBA |
| 18 | ) Plaintiff, ) | |
| 19 | v. ) ) | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 21 | Defendants. ) ) | |
| 22 | YOUNG, on behalf of itself and all others ) similarly situated, ) | No. C-07-2286-SBA |
| 23 | ) Plaintiff, ) | |
| 24 | v. ) ) | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., et. al., ) ) | |
| 26 | Defendants. ) ) | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11  197861 V1

| | |
|---|---|
| CALIF-COAST INVESTIGATIVE SERVICES, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>LEXAR MEDIA INC., et. al.,<br><br>       Defendants. | No. C-07-3775-SBA |
| HARRISON, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>       Defendants. | No. C-07-3971-SBA |
| CRAVENS, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>LEXAR MEDIA INC., et. al.,<br><br>       Defendants. | No. C-07-4082-SBA |
| LEVY, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>       Defendants. | No. C-07-4252-BZ |

Anthony D. Shapiro, an active member in good standing of the bar of the state of Washington, whose business address and telephone number is HAGENS BERMAN SOBOL SHAPIRO LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Laura Young.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained the General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
SAUNDRA B. ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11 197861 V1