**FILED**
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
SEP 2 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TRONG NGUYEN, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>Defendants. | No. C-07-0086-SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* |

ORIGINAL

| | | |
|---|---|---|
| 1 | | |
| 2 | A COMPUTER PLACE, INC., on behalf of itself and all others similarly situated, | No. C-07-1020-SBA |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et. al., | |
| 6 | Defendants. | |
| 7 | MILLER, on behalf of itself and all others similarly situated, | No. C-07-1147-SBA |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., et. al., | |
| 11 | Defendants. | |
| 12 | BURKE, on behalf of itself and all others similarly situated, | No. C-07-1236-SBA |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., et. al., | |
| 16 | Defendants. | |
| 17 | PERKINS, on behalf of itself and all others similarly situated, | No. C-07-1360-SBA |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., et. al., | |
| 21 | Defendants. | |
| 22 | BURT, on behalf of itself and all others similarly situated, | No. C-07-1388-SBA |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., et. al., | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11 197861 V1

| | |
|---|---|
| TECHTOYSFORLESS, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br>　　　　　　　　　　Defendants. | No. C-07-1418-SBA |
| HUH, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br>　　　　　　　　　　Defendants. | No. C-07-1459-SBA |
| KRAHMER, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br>　　　　　　　　　　Defendants. | No. C-07-1460-SBA |
| ALDERMAN, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br>　　　　　　　　　　Defendants. | No. C-07-1489-SBA |
| GREENWELL, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br>　　　　　　　　　　Defendants. | No. C-07-1524-SBA |

|  |  |
|---|---|
| SWEATMAN, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>          Defendants. | No. C-07-1613-SBA |
| PELLITTERI, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>          Defendants. | No. C-07-1614-SBA |
| KEVIN'S COMPUTER AND PHOTO, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>          Defendants. | No. C-07-1665-SBA |
| THEISEN, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>HITACHI, LTD., et. al.,<br><br>          Defendants. | No. C-07-1680-SBA |
| DAVIS, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et. al.,<br><br>          Defendants. | No. C-07-1735-SBA |

| | | |
|---|---|---|
| 1 | | |
| 2 | MCCLELLAN-CHAMBERS, on behalf of itself )<br>and all others similarly situated,              ) | No. C-07-1823-SBA |
| 3 | )<br>                      Plaintiff,          ) | |
| 4 | v.                                          )<br>                                             ) | |
| 5 | SAMSUNG ELECTRONICS CO., LTD., et. al., )<br>                                             ) | |
| 6 |                      Defendants.            ) | |
| 7 | JUSKIEWICZ, on behalf of itself and all others )<br>similarly situated,                         ) | No. C-07-1829-SBA |
| 8 | )<br>                      Plaintiff,          ) | |
| 9 | v.                                          )<br>                                             ) | |
| 10 | SAMSUNG ELECTRONICS CO., LTD., et. al., )<br>                                             ) | |
| 11 |                      Defendants.            ) | |
| 12 | RIPPEL, on behalf of itself and all others  )<br>similarly situated,                         ) | No. C-07-2066-SBA |
| 13 | )<br>                      Plaintiff,          ) | |
| 14 | v.                                          )<br>                                             ) | |
| 15 | SAMSUNG ELECTRONICS CO., LTD., et. al., )<br>                                             ) | |
| 16 |                      Defendants.            ) | |
| 17 | SKORSTAD, on behalf of itself and all others )<br>similarly situated,                         ) | No. C-07-2228-SBA |
| 18 | )<br>                      Plaintiff,          ) | |
| 19 | v.                                          )<br>                                             ) | |
| 20 | SAMSUNG ELECTRONICS CO., LTD., et. al., )<br>                                             ) | |
| 21 |                      Defendants.            ) | |
| 22 | YOUNG, on behalf of itself and all others   )<br>similarly situated,                         ) | No. C-07-2286-SBA |
| 23 | )<br>                      Plaintiff,          ) | |
| 24 | v.                                          )<br>                                             ) | |
| 25 | SAMSUNG ELECTRONICS CO., LTD., et. al., )<br>                                             ) | |
| 26 |                      Defendants.            ) | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY ANTHONY D. SHAPIRO *PRO HAC VICE* - CV-07-0086-SBA
001949-11 197861 V1

| | | |
|---|---|---|
| 1 | CALIF-COAST INVESTIGATIVE SERVICES, ) | No. C-07-3775-SBA |
| 2 | on behalf of itself and all others similarly ) situated, ) | |
| 3 | ) | |
| | Plaintiff, ) | |
| 4 | v. ) | |
| | ) | |
| 5 | LEXAR MEDIA INC., et. al., ) | |
| | ) | |
| 6 | Defendants. ) | |
| | HARRISON, on behalf of itself and all others ) | No. C-07-3971-SBA |
| 7 | similarly situated, ) | |
| | ) | |
| 8 | Plaintiff, ) | |
| | v. ) | |
| 9 | ) | |
| | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 10 | ) | |
| | Defendants. ) | |
| 11 | ) | |
| | CRAVENS, on behalf of itself and all others ) | No. C-07-4082-SBA |
| 12 | similarly situated, ) | |
| | ) | |
| 13 | Plaintiff, ) | |
| | v. ) | |
| 14 | ) | |
| | LEXAR MEDIA INC., et. al., ) | |
| 15 | ) | |
| | Defendants. ) | |
| 16 | ) | |
| | LEVY, on behalf of itself and all others similarly ) | No. C-07-4252-BZ |
| 17 | situated, ) | |
| | ) | |
| 18 | Plaintiff, ) | |
| | v. ) | |
| 19 | ) | |
| | SAMSUNG ELECTRONICS CO., LTD., et. al., ) | |
| 20 | ) | |
| | Defendants. ) | |
| 21 | ) | |

1  Anthony D. Shapiro, an active member in good standing of the bar of the state of
2  Washington, whose business address and telephone number is HAGENS BERMAN SOBOL
3  SHAPIRO LLP, 1301 Fifth Avenue, Suite 2900, Seattle, WA 98101, having applied in the above-
4  entitled action for admission to practice in the Northern District of California on a *pro hac vice*
5  basis, representing Plaintiff Laura Young.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained the General Order No. 45, *Electronic Case Filing*.

Dated: 9/25/07

SAUNDRA B. ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE